**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
TRACEY BABST,

                Plaintiff,

        - against -

PHOENIX FINANCIAL SERVICES, LLC,
and PENDRICK CAPITAL PARTNERS II, LLC,

                Defendants.
------------------------------------------------------------X

**JUDGMENT**
CV 21-3462 (GRB)(AYS)

A Memorandum and Order of Honorable Gary R. Brown, United States District Judge, having been filed on July 23, 2021; dismissing the complaint without prejudice to replead within 14 days and after fourteen days the dismissal will be with prejudice; and the plaintiff having not replead, it is

**ORDERED AND ADJUDGED** that Plaintiff Tracey Babst take nothing of Defendants Phoenix Financial Services, LLC and Pendrick Capital Partners II, LLC; that the complaint is dismissed with prejudice; and that this case is closed.

Dated: September 20, 2021
       Central Islip, New York

                                  DOUGLAS C. PALMER
                                  CLERK OF THE COURT
                      BY:   /S/ JAMES J. TORITTO
                                  DEPUTY CLERK